JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
E-mail: hanley.chew@usdoj.gov

~~SEALED BY ORDER OF THE COURT~~

Attorneys for Plaintiff

**Filed**

AUG - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>TRIEU LAM and<br>THANH TRAN,<br>   a/k/a David Tran<br>    Defendants. | No. CR-04-20198-JF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT THANH TANS'S SENTENCING FROM AUGUST 20, 2008 TO OCTOBER 22, 2008<br><br>~~UNDER SEAL~~ |

The parties, including the defendant, stipulate as follows:

1. On January 31, 2007, defendant Thanh Tran ("defendant") pled guilty, pursuant to a cooperation plea agreement, to a one-count information, charging him with making a false statement to an agency of the United States, in violation of 18 U.S.C. § 1001. Defendant's sentencing is currently scheduled for August 20, 2008.

2. Defendant's cooperation is continuing. The government needs additional time to have defendant complete his cooperation before sentencing.

///

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEFENDANT'S SENTENCING
CR-03-20198-JF

1     Therefore, the parties respectfully request that the Court continue defendant's sentencing from August 20, 2008 to October 22, 2008 at 9:00 a.m.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 8/4/08

HANLEY CHEW
Assistant United States Attorney

Dated: 8/04/08

NICHOLAS HUMY
Attorney for defendant Thanh Tran

### [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Thanh Tran's sentencing is continued from August 20, 2008 to October 22, 2008 at 9:00 a.m.

IT IS SO ORDERED.

DATED:

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEFENDANT'S SENTENCING
CR-03-20198-JF