1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant TRAN

**Filed**

APR 1 5 2010

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

11

| UNITED STATES OF AMERICA, | ) | No. CR-04-20198 JF (PVT) |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER DIRECTING CLERK'S OFFICE TO RELEASE DEFENDANT'S PASSPORT |
| vs. | ) ) | |
| THANH TRAN, | ) ) | |
| Defendant. | ) ) ) | |

12

13

14

15

16

17

18     GOOD CAUSE APPEARING, upon application of defendant Thanh Tran, by and

19  through counsel, IT IS HEREBY ORDERED that the Clerk of the Untied States District Court

20  for the Northern District of California shall release the defendant's United States passport, either

21  to Mr. Tran in person, or to a representative of the Office of the Federal Public Defender.

22     IT IS SO ORDERED.

23  Dated: 4/15/10

24

25  The Honorable Patricia V. Trumbull
    United States Magistrate Judge

26

[Proposed] Order
No. CR 04-20198 JF (PVT)                                    1